■ WARNELL CARROLL, Respondent, v CITY OF NEW YORK et al., Appellants. [64 NYS3d 546]—

Order, Supreme Court, Bronx County (Larry S. Schachner, J.), entered on or about April 11, 2017, which denied defendants' motion to vacate and/or modify a prior compliance-conference order directing defendants to produce unredacted copies of documents contained in the Bronx County District Attorney's files, unanimously reversed, on the law, without costs, the motion granted, and the compliance-conference order vacated.

The compliance-conference order should be vacated in this action alleging, inter alia, false arrest and malicious prosecution. "[S]ince the Bronx District Attorney, who is not a party to this action, is not under the control of the City of New York, defendants cannot be expected to produce documents prepared or maintained by any prosecutors" (*Espady v City of New York*, 40 AD3d 475, 476 [1st Dept 2007]). Concur—Tom, J.P., Friedman, Andrias and Gesmer, JJ.